973 A.2d 942

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. SCOTT MUNROE, DEFENDANT–MOVANT.

June 3, 2009.

ORDERED that the motion for leave to appeal is granted and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.